UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CYNTHIA ELLEN BAKER,

    Plaintiff,

v.                                                       Case No. 8:19-cv-560-T-AEP

ANDREW M. SAUL,
Commissioner of Social Security,

    Defendant.
_____/

**ORDER**

This cause comes before the Court *sua sponte*. In the Scheduling Order issued on November 26, 2019 (Doc. 17), Plaintiff was directed to file her memorandum of law on or before January 27, 2020, but Plaintiff failed to do so. On February 6, 2020, the Court issued an Order to Show Cause (Doc. 18) directing Plaintiff to show cause as to why this action should not be dismissed for want of prosecution. Plaintiff's response was due on or before February 26, 2020, however, Plaintiff failed to respond. Accordingly, Plaintiff has failed to prosecute this action. As a result, it is hereby

ORDERED:

1. This action is DISMISSED WITHOUT PREJUDICE.

2. The Clerk is directed to terminate all deadlines and close the case.

DONE AND ORDERED in Tampa, Florida, on this 5th day of March, 2020.

*[signature]*

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record
     Plaintiff, *pro se*